UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANGEL L. BRACETTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 11-11875-LTS |
| COMMISSIONER MICHAEL J. ASTRUE, | ) | |
| *in his Official Capacity as Commissioner of the* | ) | |
| *Social Security Administration*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER OF REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)
WITH REVERSAL AND REMAND OF THE CASE TO THE DEFENDANT**

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further agency action, it is ordered that this matter be remanded to the Appeals Council.

Upon remand by this Court, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") for a new hearing, at which Plaintiff will be able to testify and present additional evidence. In connection with the new hearing, the ALJ will be instructed to further consider the medical opinions from Plaintiff's treating sources for the period at issue and to further consider whether Plaintiff has past relevant work as defined by the agency. If necessary, the Administrative Law Judge will proceed to step five of the sequential evaluation process and obtain vocational evidence.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further action, as specified above.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This Honorable Court will enter a separate final judgment for Plaintiff in this matter.

SO ORDERED this  17th day of   April , 2012.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
HONORABLE LEO T. SOROKIN