UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL L. BRACETTY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Civil Action No. 11-11875-LTS |

ORDER

April 19, 2012

SOROKIN, C.M.J.

In accordance with the Court's Order of April 17, 2012 (Docket #19), the Commissioner's decision is hereby reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further proceedings.

                                                            /s / Leo T. Sorokin
                                            UNITED STATES MAGISTRATE JUDGE