UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANGEL L. BRACETTY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-11875-LTS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

April 19, 2012

SOROKIN, C.M.J.

In accordance with the Court's Order of April 17, 2012 (Docket #19), the Commissioner's decision is hereby reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further proceedings.

      /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE